United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy        12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Marcos** <br> First name <br><br> **Moreno** <br> Middle name <br><br> **Martinez, Jr.** <br> Last name and Suffix (Sr., Jr., II, III) | **Linda** <br> First name <br><br> _____ <br> Middle name <br><br> **Martinez** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | Marcos M. Martinez, Jr. <br> Marcos Martinez, Jr. <br> Mark Moreno Martinez <br> Mark M. Martinez <br> Mark Martinez | Linda Morua |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7096 | xxx-xx-3878 |

| | | |
|---|---|---|
| Debtor 1 | **Marcos Moreno Martinez, Jr.** | |
| Debtor 2 | **Linda Martinez** | Case number *(if known)* _____ |

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs | ■ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs |
| **5.** | **Where you live** | **8100 Huebner Road Apt # 116** <br> **San Antonio, TX 78240** <br> Number, Street, City, State & ZIP Code <br><br> **Bexar** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> **123 Osage** <br> **San Antonio, TX 78207** <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br><br> _____ | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) <br><br> _____ |

Debtor 1  **Marcos Moreno Martinez, Jr.**
Debtor 2  **Linda Martinez**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

☐ No.  Go to line 12.
■ Yes.  Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Marcos Moreno Martinez, Jr.**
Debtor 2 **Linda Martinez**                                                                 Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

■ No.
☐ Yes.

What is the hazard?  _____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

| Debtor 1 | **Marcos Moreno Martinez, Jr.** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Linda Martinez** | | | |

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br> ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1 **Marcos Moreno Martinez, Jr.**
Debtor 2 **Linda Martinez**

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Marcos Moreno Martinez, Jr.**　　　　　**/s/ Linda Martinez**
**Marcos Moreno Martinez, Jr.**　　　　　　**Linda Martinez**
Signature of Debtor 1　　　　　　　　　　　Signature of Debtor 2

Executed on **October 28, 2019**　　　　　Executed on **October 28, 2019**
　　　　　　　MM / DD / YYYY　　　　　　　　　　　　　MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | **Marcos Moreno Martinez, Jr.** | |
| Debtor 2 | **Linda Martinez** | Case number *(if known)* |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ J. Robert Vanhemelrijck** | Date | **October 28, 2019** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**J. Robert Vanhemelrijck 24056468**
Printed name

**Vanhemelrijck Law Offices, PC**
Firm name

**1100 N.W. Loop 410**
**Suite 215**
**San Antonio, TX 78213**
Number, Street, City, State & ZIP Code

Contact phone **78213**　　　　　Email address **jrv@vanlaws.com**

**24056468 TX**
Bar number & State

# United States Bankruptcy Court
## Western District of Texas

In re: **Marcos Moreno Martinez, Jr.**
**Linda Martinez**
Debtor(s)

Case No.
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **October 28, 2019**　　**/s/ Marcos Moreno Martinez, Jr.**
　　　　　　　　　　　　　　　**Marcos Moreno Martinez, Jr.**
　　　　　　　　　　　　　　　Signature of Debtor

Date: **October 28, 2019**　　**/s/ Linda Martinez**
　　　　　　　　　　　　　　　**Linda Martinez**
　　　　　　　　　　　　　　　Signature of Debtor

| | | |
|---|---|---|
| Attorney General<br>Child Support<br>P.O. Box 12017<br>Austin, TX 78711 | VA Regional Office<br>Office of District Counsel<br>2515 Murworth Drive<br>Houston, TX 77054 | Covington Credit<br>150 Executive Center Driv<br>Greenville, SC 29615 |
| Equifax<br>PO Box 740241<br>Atlanta, GA 30374 | Ace Cash Express<br>1231 Greenway Drive Ste 700<br>Irving, TX 75038 | Covington Credit/smc<br>150 Executive Center Driv<br>Greenville, SC 29615 |
| Experian<br>PO Box 9701<br>Allen, TX 75013 | Atlas Credit Co, Inc<br>Attn: Bankruptcy<br>914 W Front St<br>Tyler, TX 75702 | Diversified Consultants,I<br>Attn: Bankruptcy<br>Po Box 679543<br>Dallas, TX 75267 |
| HUD<br>615 East Houston Street, Suite<br>San Antonio, TX 78205 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634 | DSRM Nat Bank<br>Attn: Bankruptcy<br>Po Box 696000<br>San Antonio, TX 78260 |
| Internal Revenue Service<br>Special Procedures-Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | CACH LLC<br>c/o Resurgent Capital Services<br>P. O. Box 1269<br>Greenville, SC 29603 | eMoneyUSA<br>Attn: Bankruptcy<br>8700 State Line Rd , Ste 3<br>Leawood, KS 66206 |
| Texas Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>PO Box 12548<br>Austin, TX 78711 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117 |
| Texas Workforce Commission<br>101 E 15th Room 370<br>Austin, TX 78701 | Chase Auto Finance<br>Attn: Bankruptcy<br>Po Box 901076<br>Fort Worth, TX 76101 | First Progress<br>Attn: Bankruptcy<br>Po Box 9053<br>Johnson City, TN 37615 |
| Trans Union<br>PO Box 2000<br>Chester, PA 19022 | Cks Financial<br>Attn: Bankruptcy<br>Po Box 2856<br>Chesapeake, VA 23327 | Garz Fin Llc<br>7211 Somerset Rd.<br>San Antonio, TX 78211 |
| United States Attorney<br>601 N.W. Loop 410, Suite 600<br>San Antonio, TX 78216 | Comm Finance<br>8021 Fm 78<br>Converse, TX 78109 | Gold Star Finance, Inc.<br>610 W Main St<br>Denison, TX 75020 |
| United States Attorney General<br>Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519 | Hunter Warfield<br>Attention: Bankruptcy<br>4620 Woodland Corporate B<br>Tampa, FL 33614 |

| | |
|---|---|
| LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603 | Sprint<br>6391 Sprint Parkway<br>Overland Park, KS 66251-4300 |
| Maverick Finance<br>Security Finance, Attn: Bankruptcy<br>Po Box 1893<br>Sparatnburg, SC 29304 | Sun Loan Company<br>6002 Bandera Rd #3<br>San Antonio, TX 78228 |
| National Credit Adjusters, LLC<br>327 West 4th Avenue<br>Po Box 3023<br>Hutchinson, KS 67504 | Suredeposit<br>PO Box 979135<br>Miami, FL 33197-9982 |
| Ok Loans Inc<br>7055 Bandera Rd<br>San Antonio, TX 78238 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965064<br>Orlando, FL 32896 |
| OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 |
| Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 | Synchrony Bank<br>Attn: Bankruptcy Dept<br>P.O. BOX 965061<br>Orlando, FL 32896 |
| Progressive Leasing<br>PO Box 413110<br>Salt Lake City, UT 84141 | Tejano Emergency Physcians<br>P.O. Box 98608<br>Las Vegas, NV 89193 |
| Regional Finance<br>4010 W Commerce St Ste 101<br>San Antonio, TX 78207 | Vanhemelrijck Law Office<br>1100 NW Loop 410 Ste 215<br>San Antonio, TX 78213 |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603 | World Acceptance/Finance Corp<br>Attn: Bankruptcy<br>Po Box 6429<br>Greenville, SC 29606 |
| Smart Sales And Lease<br>2811 Whitewood Svc Road<br>Sturgis, SD 57785 | |